JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH OH, | ) | Case No. EDCV 10-1076-MLG |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: February 3, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge